NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BOBBY WILKINSON,                           )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D20-1124
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
_____)

Opinion filed September 23, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Keith Spoto, Judge.


PER CURIAM.

          Affirmed.  See Lindquist v. State, 155 So. 3d 1193 (Fla. 2d DCA 2014);

Durant v. State, 177 So. 3d 995 (Fla. 5th DCA 2015) (en banc); Walden v. State, 112

So. 3d 578 (Fla. 4th DCA 2013); Haynes v. State, 106 So. 3d 481 (Fla. 5th DCA 2013).


KELLY, ATKINSON, and SMITH, JJ., Concur.